**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| HOLDEN TANNER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br>*Plaintiff*<br><br>-vs-<br><br>RELIANT FIELD SERVICES, INC.,<br>*Defendant* | § § § § § § § § § | SA-24-CV-00010-XR |

## FINAL JUDGMENT

     This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

     Plaintiff Holden Tanner, individually and on behalf of all others similarly situated, shall take nothing by his claims against Defendant Reliant Field Services, Inc., and, pursuant to the parties' joint stipulation to arbitration (ECF No. 8), Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.**

     It is so **ORDERED**.

     **SIGNED** this 14th day of February 14, 2024.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE